IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JASON CURTIS BROWN,

           Plaintiff,

v.                                      CIVIL ACTION NO. 3:11-0251

STATE OF WEST VIRGINIA,

           Defendant.

## ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court dismiss with prejudice Plaintiff's Complaint made pursuant to 42 U.S.C. § 1983 and deny as moot Plaintiff's Application to Proceed Without Prepayment of Fees and Costs. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES WITH PREJUDICE** Plaintiff's Complaint and **DENIES AS MOOT** Plaintiff's Application to Proceed Without Prepayment of Fees and Costs consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                ENTER:      March 20, 2012

                                ROBERT C. CHAMBERS
                                UNITED STATES DISTRICT JUDGE